UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

TELMA JOHANA VERA RIERA,

                                Defendant.:
------------------------------------- x

ORDER

24 Crim. 281 (GBD)

GEORGE B. DANIELS, United States District Judge:

    An initial conference for this case is hereby scheduled for May 20, 2025 at 11:30 a.m.

SO ORDERED.

Dated:  May 19, 2025
          New York, New York

                                              *George B. Daniels*
                                     HONORABLE GEORGE B. DANIELS
                                     United States District Judge