**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                          :

           -against-                                    :

                                                    :         ORDER

TELMA JOHANA VERA RIERA,                          :

                                                    :         24 Cr. 281-2 (GBD)

            Defendant.                             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

The status conference currently scheduled for December 10, 2025, is hereby adjourned to

February 11, 2026, at 10:15 a.m. Time is excluded between December 10, 2025, and February 11,

2026, in the interests of justice.

Dated: New York, New York
       December 2, 2025

                                      SO ORDERED.

                                      *George B. Daniels*

                                      GEORGE B. DANIELS
                                        United States District Judge